UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MICHAEL WOOSLEY, | No. 2:25-cv-0946-DJC-CSK P |
| Petitioner, | |
| v. | ORDER |
| EDWARD BORLA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2025, the Magistrate Judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within fourteen days. (ECF No. 14.) Petitioner filed a "Motion for Reconsideration" of the Magistrate Judge's unadopted Findings and Recommendations. (ECF No. 15) However, as the Court has not yet adopted the Magistrate Judge's recommendations, reconsideration is inappropriate. Instead, the Court will consider Petitioner's filing as objections to the Magistrate Judge's Findings and Recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United*

1

1 | *States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law
2 | are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454
3 | (9th Cir. 1983). Having reviewed the file, the Court finds the findings and
4 | recommendations to be supported by the record and by the Magistrate Judge's
5 | analysis.
6 |     In Petitioner's objections, he notes that his direct appeal concluded on May 23,
7 | 2024, when the California appeals court affirmed his conviction. (ECF No. 15 at 3.)
8 | The subsequent termination of state court proceedings does not alter the Court's
9 | application of the *Younger* abstention doctrine. Whether the Court must abstain
10 | under *Younger* is determined by whether state Court proceedings were ongoing at
11 | the time the federal action is filed. *See Beltran v. State of California*, 871 F.2d 777, 782
12 | (9th Cir. 1988). Where, as here, state court proceedings were ongoing at the time of
13 | filing, the district court is required by *Younger* abstention to dismiss the action, even if
14 | the state court proceedings are later completed. *See id.*
15 |     Accordingly, IT IS HEREBY ORDERED that:
16 |     1. The Findings and Recommendations issued May 7, 2025 (ECF No. 14) are
17 | adopted in full;
18 |     2. This action is dismissed;
19 |     3. The Clerk of the Court is directed to close this case; and
20 |     3. The Court declines to issue the certificate of appealability referenced in 28
21 | U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a
22 | constitutional right, *see* 28 U.S.C. § 2253(c)(2).
23 |
24 |     IT IS SO ORDERED.
25 | Dated: **July 8, 2025**
26 |     Hon. Daniel J. Calabretta
26 |     UNITED STATES DISTRICT JUDGE

/woos25v0946.800.hc